IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CECIL A. BARNARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-09-163-R ) |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Bana Roberts entered November 9, 2009. Doc. No. 21. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety, the decision of the Commissioner of the Social Security Administration is REVERSED and this matter is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED this 2nd day of December, 2009.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE